**FILED**

JAN -7 2020

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Robert W. Johnson,       )
                               )
        Plaintiff,           )
                               )
      v.                         )      Civil Action No. 19-3460 (UNA)
                               )
                               )
Keybank Capital Corporation *et al*,    )
                               )
        Defendants.       )

### MEMORANDUM OPINION

This action, brought *pro se*, is before the Court on review of plaintiff's application to proceed *in forma pauperis* and complaint. The Court will grant the application and dismiss the case pursuant to 28 U.S.C. § 1915(e)(2)(B) (requiring dismissal of a case upon a determination that the complaint fails to state a claim upon which relief may be granted).

A "complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). Plaintiff's list of defendants is varied and long. His cryptically worded "Statement of Claims" begins "Defendants have committed RICO Act Tax Crimes due to Plaintiff['s] tax exemption status not being admitted for tax relief for purchases, bank accounts & tax debts incurred from breaches of contracts by Defendants, to date." Compl. at 4. Plaintiff seeks, among other relief, "$999 trillion dollars for breach of contracts & punitive damages" and "$999 billion dollars for future mental anguish & punishments." *Id*. at 5. The complaint lacks, among other shortcomings, discernable factual allegations to support a claim. An order of dismissal will issue separately.

Date: Dec. 31, 2019

United States District Judge